# Exhibit

# 3



News   Entertainment   Celebs   Funny

## This Photoshop Artist Reveals Our Lonely Truth

Scarlett Adler
NEWS / LAST UPDATE 01/09/2021



Eric Pickersgill

Remember the oh-so-many joys of childhood? Lemonade stands on a breezy Saturday morning, running-a-muck on the playground during recess? Perhaps a quick game of double dutch on the basketball court...Point is, nature was our friend. And its' possibilities were endless.

Giphy

Unfortunately with today's rapid advancements in technology, society has forgotten life's truest pleasures; Smartphones have quickly hijacked almost every interaction. In fact, I bet you're reading this from one as we speak. But it's okay, we're all guilty here...

Giphy

As we grow more and more absorbed by our screens, U.S. photographer Eric Pickersgill has channeled this phenomena into his latest piece. Dubbed 'Removed', this photo series is a much needed wake up call for all of us.

In each snap, smart-devices have been made to look photoshopped out. That is, physically removed from those who'd been using them, right before the photo is shot, what we're left with is a sad and lonely reminder of our self-made realities. A cautionary tale for us all.

### 1. Lonesome Selves...

Pickersgill's first focus is on individuals. Specifically, youthful folk who have yet to experience the trials of love and everything in between (marriage, parenthood and so on). This sorts of people turn to their devices to replace their current realities with the one they so desperately crave on their little glass screens.

### Lost In The Evergreens

Our first spotlight is on this young girl, who's so absorbed in her smartphone that she's missing out on one of the irreplaceable joys of holiday season: fruit picking. It's quite ironic, how instead of cherishing this festive treat, she's likely taken to her phone to document such 'joy.'



Advertisement

CHICAGO

PLAN AN ARTFUL EVENT

LEARN MORE



## Travel Tribulations

Our next feature is what seems to be a young tourist. The young man is so inclined to flaunt his travels to his 'followers', that he fails to stop and take in his surroundings. Pickersgill amplifies the message by having our model turn his back to the destination's centerpiece.



## Getting Caught In The Tracks

This next snap is actually quite frightening. Not only because of the circumstance, but because it's become a new reality for many. As this man engages with his cell phone, he fails to realize he's getting dangerously close to the train tracks. If only he'd just look up.



## Field Of Vision

Faced with what looks like a breathtaking view, our next subject deploys their phone to cherish the moment, instead of himself. Once again, Pickersgill alludes to society's pressures hijacking what should be pure cherished moments.



### Deer In Headlights

Our last individual snap evokes both many emotions and observations. For one, our subject is selfishly placing both herself and every other driver at risk, due to this tech-obsession. It goes to show how technology is not only spoiling our moments, but also endangering them. Not to mention the incoming car, suggesting our subject is not only ignoring the road, but on the wrong side of it.



### 2. Love Lies

Our next focus categorizes **couples** and their favorite third wheel: technology. In what should be a time of growing your relationship and communicating, instead your time is spent staring at a monitor. People have become so accustomed to so much screen time, they have deployed it in both casual and prized occasions. Pickersgill manages to capture the trend in varying scenarios.

### Picture Perfect

Our first of the duo-series relays the tragic reality that has infiltrated just about every modern-day relationship: the need to appear perfect. Society has become so prying that a lack of 'look-how-in-love-we-are posts' instantly paves the way to doubts and disapproval.





## Spoiled Sun

This couple should be enjoying one another, as well as their luxurious backdrop, in what appears to be a waterfront romantic getaway. Instead, they're too busy checking their devices for more meaningless Facebook posts from their friend's neighbor's cousin. What happened to people's priorities?



## So Close But So Far...

Intimacy. It's the backbone of every relationship. Both physically and emotionally, understanding your loved one on the raw level you never deemed imaginable. Sadly, technology has proven once again its luring abilities to draw your attention, when it should be focused on the one right in front of your nose.



## Passing Time

The joys to be experienced within a relationship are truly endless. That is, if you let them be. Something as simple as sitting on a porch with your partner could make for an enchanting, comforting activity. Instead, these two turn to their screens for the comfort they so desperately seek.





## Irreplaceable

The epitome of our series is also the epitome of 'technoference.' One's wedding day is a prized moment in time, marking the date in which two lost souls found their way to one another.

It should be the ultimate euphoria. Sadly, technology has squeezed its way in, creating a bridge not only physically, (as seen in the image) but emotionally.



### 3. There's No 'I' In Team

Pickersgill's next, and ultimate group of people serve as a motif to what truly drove the artist to this poignant project. 'There was a family sitting next to me at Illium Café in Troy, NY so disconnected from one another. Not much talking. Father and two daughters have their phones out. Mom... she stares out the window, sad and alone in the company of her closest family.'



This 'use of technology for interaction in exchange for not interacting' is our tragic new reality, and we're to blame.

## Family Matters

Family. They'll be there for you through thick and thin, no matter the chapters you write yourself. And as life continues, it's crucial not to forget those special ones who've been there since your first steps.

In today's digital society, we've begun to lose sight on our most important cheerleaders. Instead, we invest so much time and so much energy into this nothingness.



### Knowledge Is Power

Back in the day, one would go to a guest speaker and they would learn. They would listen, and I mean really listen, to those wise words prepared specifically for them. In today's 'Google-era', we seem to think we know it all.

We can't be bothered sparing our precious time to hear opinions other than our own. Nor can we spare any respect, clearly.



### Time Is Money

Friends are the family that you choose. And with that comes a lot of quality time doing that which brings you sheer joy. Once upon a time, it was time well spent. Now, it consists brain frying courtesy of your screen.

No more secret sharing, no more impromptu games of tag, instead forfeiting to the digital hypnosis.



### Live In The Moment

It's quite ironic when the grown aged man behind you seems to be letting loose more than your 6 year old self. You see, the days of living in the moment are dwindling, and we have ourselves to thank for that. We've become so absorbed in our technology that we forget to stop and appreciate our surroundings.



### The Older, The Wiser

Throughout this journey called life, we live and we learn, literally. We grow from our mistakes and we apply them to our next chapters. This, perhaps, is why they say the eldest are the wisest. Unfortunately, though, society's hold has become so bearing, that even the eldest cannot resist the urges of our little gadgets.



### The Takeaway

We as a people have forgone the warmth of human interaction for a fantastical, digital simulation. Pickersgill has tackled these societal issues in a series of brutal wake up calls. And it is with these calls, that he urges us to step out of our comfort zones and connect, like we once did so well.

Technology was created to connect, not isolate.



## Instagram Blogger Gives Her Followers an Incredible Reality Check

Taran Underwood
LIFESTYLE / LAST UPDATE 09/15/2020




https://comedy.com/news/this-photoshop-artist-reveals-our-lonely-truth

3 captures
30 Apr 2021 – 11 May 2021




# This Photoshop Artist Reveals Our Lonely Truth

Scarlett Adler
NEWS / LAST UPDATE 03/09/2021

   



Eric Pickersgill

Remember the oh-so-many joys of childhood? Lemonade stands on a breezy Saturday morning, running-a-muck on the playground during recess? Perhaps a quick game of double dutch on the basketball court...Point is, nature was our friend. And its' possibilities were endless.

Giphy

Unfortunately with today's rapid advancements in technology, society has forgotten life's truest pleasures; Smartphones have quickly hijacked almost every interaction. In fact, I bet you're reading this from one as we speak. But it's okay, we're all guilty here...

Giphy

As we grow more and more absorbed by our screens, U.S. photographer Eric Pickersgill has channeled this phenomena into his latest piece. Dubbed 'Removed', this photo series is a much needed wake up call for all of us.

Advertisement

In each snap, smart-devices have been made to look photoshopped out. That is, physically removed from those who'd been using them, right before the photo is shot, what we're left with is a sad and lonely reminder of our self-made realities. A cautionary tale for us all.

## 1. Lonesome Selves...

Pickersgill's first focus is on **individuals**. Specifically, youthful folk who have yet to experience the trials of love and everything in between (marriage, parenthood and so on). This sorts of people turn to their devices to replace their current realities with the one they so desperately crave on their little glass screens.

## Lost In The Evergreens

Our first spotlight is on this young girl, who's so absorbed in her smartphone that she's missing out on one of the irreplaceable joys of holiday season: fruit picking. It's quite ironic, how instead of cherishing this festive treat, she's likely taken to her phone to document such 'joy.'





Eric Pickersgill

## Travel Tribulations

Our next feature is what seems to be a young tourist. The young man is so inclined to flaunt his travels to his 'followers', that he fails to stop and take in his surroundings. Pickersgill amplifies the message by having our model turn his back to the destination's centerpiece.





Eric Pickersgill

## Getting Caught In The Tracks

This next snap is actually quite frightening. Not only because of the circumstance, but because it's become a new reality for many. As this man engages with his cell phone, he fails to realize he's getting dangerously close to the train tracks. If only he'd just look up.





Eric Pickersgill

## Field Of Vision

Faced with what looks like a breathtaking view, our next subject deploys their phone to cherish the moment, instead of himself. Once again, Pickersgill alludes to society's pressures hijacking what should be pure cherished moments.





Eric Pickersgill

## Deer In Headlights

Our last individual snap evokes both many emotions and observations. For one, our subject is selfishly placing both herself and every other driver at risk, due to this tech-obsession. It goes to show how technology is not only spoiling our moments, but also endangering them. Not to mention the incoming car, suggesting our subject is not only ignoring the road, but on the wrong side of it.



Eric Pickersgill

## *2. Love Lies*

Our next focus categorizes **couples** and their favorite third wheel: technology. In what should be a time of growing your relationship and communicating, instead your time is spent staring at a monitor. People have become so accustomed to so much screen time, they have deployed it in both casual and prized occasions. Pickersgill manages to capture the trend in varying scenarios.

## Picture Perfect

Our first of the duo-series relays the tragic reality that has infiltrated just about every modern-day relationship: the need to appear perfect. Society has become so prying that a lack of 'look-how-in-love-we-are posts' instantly paves the way to doubts and disapproval.





Eric Pickersgill

## Spoiled Sun

This couple should be enjoying one another, as well as their luxurious backdrop, in what appears to be a waterfront romantic getaway. Instead, they're too busy checking their devices for more meaningless Facebook posts from their friend's neighbor's cousin. What happened to people's priorities?





Eric Pickersgill

## So Close But So Far...

Intimacy. It's the backbone of every relationship. Both physically and emotionally, understanding your loved one on the raw level you never deemed imaginable. Sadly, technology has proven once again its luring abilities to draw your attention, when it should be focused on the one right in front of your nose.



Eric Pickersgill

## Passing Time

The joys to be experienced within a relationship are truly endless. That is, if you let them be. Something as simple as sitting on a porch with your partner could make for an enchanting, comforting activity. Instead, these two turn to their screens for the comfort they so desperately seek.



Eric Pickersgill

## Irreplaceable

The epitome of our series is also the epitome of 'technoference.' One's wedding day is a prized moment in time, marking the date in which two lost souls found their way to one another.

It should be the ultimate euphoria. Sadly, technology has squeezed its way in, creating a bridge not only physically, (as seen in the image) but emotionally.



Eric Pickersgill

### 3. There's No 'I' In Team

Pickersgill's next, and ultimate group of people serve as a motif to what truly drove the artist to this poignant project. 'There was a family sitting next to me at Illium Café in Troy, NY so disconnected from one another. Not much talking. Father and two daughters have their phones out. Mom... she stares out the window, sad and alone in the company of her closest family.'

Getty

This 'use of technology for interaction in exchange for not interacting' is our tragic new reality, and we're to blame.

## Family Matters

Family. They'll be there for you through thick and thin, no matter the chapters you write yourself. And as life continues, it's crucial not to forget those special ones who've been there since your first steps.

In today's digital society, we've begun to lose sight on our most important cheerleaders. Instead, we invest so much time and so much energy into this nothingness.



Eric Pickersgill

## Knowledge Is Power

Back in the day, one would go to a guest speaker and they would learn. They would listen, and I mean really listen, to those wise words prepared specifically for them. In today's 'Google-era', we seem to think we know it all.

We can't be bothered sparing our precious time to hear opinions other than our own. Nor can we spare any respect, clearly.



Eric Pickersgill

## Time Is Money

Friends are the family that you choose. And with that comes a lot of quality time doing that which brings you sheer joy. Once upon a time, it was time well spent. Now, it consists brain frying courtesy of your screen.

No more secret sharing, no more impromptu games of tag, instead forfeiting to the digital hypnosis.





Eric Pickersgill

## Live In The Moment

It's quite ironic when the grown aged man behind you seems to be letting loose more than your 6 year old self. You see, the days of living in the moment are dwindling, and we have ourselves to thank for that. We've become so absorbed in our technology that we forget to stop and appreciate our surroundings.





Eric Pickersgill

## The Older, The Wiser

Throughout this journey called life, we live and we learn, literally. We grow
from our mistakes and we apply them to our next chapters. This, perhaps,
is why they say the eldest are the wisest. Unfortunately, though, society's
hold has become so bearing, that even the eldest cannot resist the urges
of our little gadgets.



Eric Pickersgill

## The Takeaway

We as a people have forgone the warmth of human interaction for a

fantastical, digital simulation. Pickersgill has tackled these societal issues in a series of brutal wake up calls. And it is with these calls, that he urges us to step out of our comfort zones and connect, like we once did so well.

Technology was created to connect, not isolate.



Ethics Daily

# Instagram Blogger Gives Her Followers an Incredible Reality Check

Taran Underwood
**LIFESTYLE /** LAST UPDATE 09/15/2020

   





Instagram Reality Check (21)

Social media and its consuming influence over us isn't necessarily something new. You are always encouraged to 'love yourself' and 'be yourself,' however, we're all constantly being fed ideas of what 'real' beauty is. Instagram Blogger Rianne Meijer indulged in a meaningful project to give her followers a little reality check.

## No Filter

Rainne posted a picture on her Instagram with the caption: "So while waiting here at the airport in Berlin I figured no better way to spend my time than to keep it real."





Instagram via @rianne.meijer

"But just a little small reminder that every pic you see on my account is one in a hundred (or sometimes four hundred) and it was all about the right angle, right lighting and of course the right filter Nothing perfect about me and nothing perfect about my life."

## The Right Angle

One of the biggest insecurities some people struggle with is their weight. And it certainly doesn't help when almost every picture you see features a 'perfect' jawline or collarbone. However, it's got a lot more to do with the right angle than you think, and no one is perfect.





Instagram via @rianne.meijer

You ever Facetime a friend, and as you open your front-camera, you're confronted with two double chins? Don't feel bad, it happens to the best of us. Even the flawless Rianne has her bad angles, and she's not afraid to show it. Next time you find yourself drooling over someone's jawline on your newsfeed, remember, it's all about the angles baby.

## Act Natural

Most of the pictures you see on Instagram look so effortlessly perfect. Some people just seem to always be in the right place at the right time, but, as you can see, Rianne's real form of natural is a far stretch from her posed one. Striking the perfect pose can be just as deceiving as a photoshop app.



Instagram via @rianne.meijer

Bloggers are experts when it comes to finding the angle that compliments them best. Between 'the hip-raise' or 'the leg-stretch,' you can fake curves on just about anybody. Unfortunately, we tend to forget this little fact when we're scrolling through our feeds, and we end up setting unrealistic expectations for ourselves.

## What Diet?

There's only one thing worse than being on a diet; when somebody with your target weight can eat whatever they want without gaining a single pound. However, every person's metabolism is different, and while staying healthy is essential, it won't do you any good to compare your body to others.



Instagram via @rianne.meijer

It ain't easy to look graceful while downing a hotdog, but Rianne seems to be pulling it off rather well. There are just some dishes out there that weren't made to be flattering. For example, eating spaghetti and looking fabulous are two things that can't be done at the same time, even with all the photoshopping in the world.

## Beach Bod

Seeing people looking perfect at the beach is a straight-up lie. With all that sand and humidity, it's almost impossible to not look like a washed-up

jellyfish. In the picture on the right, you can see her real posture and the hairs on her arm, something we've been made to believe models know nothing about.



Instagram via @rianne.meijer

You can only imagine how Rianne's followers were reacting to these posts. After only seeing her looking picture-perfect for so long, many of her fans appreciated that she would show such a raw and authentic side to herself. Is it just me, or does she actually look better in the picture on the right? Nothing like a bit of vitamin D.

**Be Like Her**

Be Like Her

"People are comparing their appearance to people in Instagram images, or whatever platform they're on, and they often judge themselves to be worse off," said Jasmine Fardouly to the BBC, a postdoctoral researcher at Macquarie University in Sydney, Australia.

Instagram via @rianne.meijer

Comparing ourselves to others is certainly one of the dumbest things we can do to our self-esteem. If you think about it, this is one of the only games in life where you're guaranteed to lose. You can waste all the time in the world trying to be somebody else, but it'll never be better than the

## The Perfect Style

How many times have you seen those expectations vs. reality pictures of
short haircuts? You always convince yourself that you would look great
with a bob until it's too late. It takes a particular type of person and a
talented hairstylist to pull off the perfect short-hair do.



Instagram via @rianne.meijer

In most of Rianne's pictures, her hair looks absolutely perfect. Every
strand in place, come rain or shine. It kind of makes you want to try the

short hair-do too, but don't be fooled, my friends. Like everybody else, when the wind blows, her hairstyle doesn't look nearly as classy as it did the moment she left the house.

## A New Perspective

A strange yet obvious discovery was made by Jasmine Fardouly, "In a survey of 227 female university students, women reported that they tend to compare their own appearance negatively with their peer group and with celebrities, but not with family members while browsing Facebook…"



Instagram via @rianne.meijer

"... The comparison group that had the strongest link to body image concerns was distant peers or acquaintances," she said. Could it be because once we're close to someone, we see more than just their appearance? And other people are sometimes seen as our 'competition'? Another person's beauty certainly doesn't take away from your own.

## Puppy Posing

Getting an animal to pose perfectly with you is something that will MAYBE happen after about a thousand tries unless you got a treat to bribe with. The rest of the images are most likely to come out looking like Rianne on the Right. However, that's not the sneaky trick she used here, look carefully...



Instagram via @rianne.meijer

That's right, both pictures are in entirely different color-schemes, and it goes far beyond just picking the perfect filter. Rianne has definitely played around with her saturation to make the contour on her face stand out; she's also made the image brighter, which instantly makes it more appealing.

## Picture Perfect

I don't think we'll ever be able to quench the thirst we have to get all the best clothes and shoes this world has to offer. What makes it even harder is that there's something new on the shelves almost every week. If you follow any bloggers on your Instagram, then you've probably noticed they always seem to have all the latest stuff.





Instagram via @rianne.meijer

Even if it's subconsciously, seeing all that drip on social media ultimately makes you want it too. However, when it comes to clothes or shoes, will we ever be truly fulfilled? They make newer and better versions of everything every day, so you might as well try being happy with what you have.

## Lighting

Rianne looks like two totally different people in these pictures. We may think someone looks perfect, but we haven't stopped to consider the filter, saturation, and contrast that has been manipulated. Even the colors in her hair look more detailed in the left-image.



Instagram via @rianne.meijer

You can choose how you look at the profile of a public figure. Of course, you can melt over that individual's expensive things, or you can use it as an inspiration for your own style. For example, if you look at the outfit Rianne is wearing here, you can recreate this exact look for a fraction of the price.

## Perfectly Imperfect

We have a terrible tendency to strive for perfection, and we'll do anything to cover up the things that make us 'imperfect.' Heaven forbid someone should know we are only human! However, if it wasn't for our imperfections, wouldn't that make us all photocopies of each other?

Instagram via @rianne.meijer

Life would be pretty dull, wouldn't it? The only thing you can do is embrace your imperfections and make them work for you. Being a genuine person is entirely more attractive than being a fake. For example, in the right-image, Rianne looks more like a person you could relate to than the perfect model on the left.

## The Money Shot

When it comes to sunset pictures, you expect that golden glaze with the wind blowing in your hair. Sort of like something out of *The Lion King*, maybe? However, more often than not, your face is darkened by the overpowering light behind you, just like Rianne on the right.



Instagram via @rianne.meijer

So, how did she achieve the image on the left? It's most likely a mixture of enhancing the brightness, saturation, and of course, striking the perfect pose. Models often use the trick of pulling their shoulders back to make their bust seem more prominent, and their necks seem longer. Don't be fooled folks, we all have our flaws.

## Skin Care

Another challenging insecurity that so many of us struggle with is the endless quest for perfect skin. When you see an image of someone's flawless complexion, you can't help but wonder why you keep getting blackheads or pimples, even if you do stick to a healthy skin-care routine.





Instagram via @rianne.meijer

The truth is, even the most gorgeous models in the world wake up with a pimple on their chins from time to time. However, in their pictures, you're only exposed to the final product, which involved loads of makeup and photoshop. You'd be surprised to see the blemishes hiding under their concealer.

## I Want That Too

Without her cute pose, even the outfit doesn't look as appealing. We are genuinely being fed very manipulated versions of reality, and as a result, we've made the most unrealistic goals or expectations for ourselves. Thankfully, Rianne's experiment gave her fans a little wake-up call.

Instagram via @rianne.meijer

After she posted these pictures, instead of her fans commenting on the
clothes she was wearing, they were thanking her for being so genuine.
"How incredibly brave of you to show unflattering pics of yourself," wrote a
follower. "Thank you for doing this," another commented.

## Show Those Pearly Whites

The most ironic part about this photo comparison is that Rianne actually
looks so much more beautiful when she is genuinely smiling. I know it's
fashion-forward to look as though you are angry with your coffee, but her
natural state is undeniably better.

Instagram via @rianne.meijer

Put away your poker-faces folks because smiling is making a major comeback this 2020. With all the makeup and expensive clothing this world can offer, there is nothing more attractive than a genuine smile. Next time you're feeling cute, show us those pearly whites!

## Sleeping Beauty

In the photo on the left, Rianne seems like she is as healthy as can be, with enough energy to tackle her day (Don't you hate those people?). However, reality shows her tiredness, which is something models don't ever let us see. Although it's fun, traveling and being away from home so frequently can be pretty exhausting.



Instagram via @rianne.meijer

All that you're exposed to is the glitz and glam of the trip. You certainly won't hear about the lost luggage, the layovers, the homesickness, or the exhaustion from pretending to be perfect. Of course, they still have a great time, but it's nothing like what their posts crack it up to be.

## Imperfection Is Beauty

The way models pose with their best poker faces, kind of makes you wonder if you need to be a less friendly person to fit in. However, these girls look a lot more like genuine people that you'd want to be friends with when they're just their silly selves.

Instagram via @rianne.meijer

It can be pretty intimidating, especially for teenagers, to try and keep up with the gorgeous public figures we have to see on social media today. That's why Rianne's fans were blown away by her initiative to show them that everybody has a bad angle, a bad hair day, and of course, a silly side.

## Photoshopped

When it comes to pictures on social media, you need to remember a fundamental life hack. No one is ever as ugly as they look in their passport photo, and no one is ever as pretty as they look in their Instagram photos. Hanging out of the window of a car is certainly not a 'natural' pose, so don't be fooled.



Instagram via @rianne.meijer

Another issue with social media is that people usually only post the images where they appear to be their happiest. Whether they're laughing or smiling, the general takeaway from that picture is that they're blissful, without a single care in the world. But that's not real life, and you never know the kind of baggage people are carrying around.

## Stop Comparing Yourself

Rianne continued to post more of these before and after shots on her Instagram, and the reactions she received were unbelievable. Not only were fans impressed by the initiative, but she even gained more followers

than she ever had when she strictly posted only edited pictures.

Instagram via @rianne.meijer

Will we ever reach a point in history where we stop glorifying all of this perfection? A few brands, including Clavin Klein, have experimented with campaigns featuring plus-size models, and the reactions they've received were pretty mixed. We can only hope that eventually, we'll stop being sold false ideas of beauty.

## The Evil Bikini

Nothing drives people more insane than trying to perfect how they look in

that summer bathing suit. Especially since having the most perfect curves came back into style (Thanks a lot, Kim K). As you can see here, it's all about the right angle, and you can fake an hourglass figure pretty easily.

Instagram via @rianne.meijer

Rianne also made use of the 'shoulders-back' method over here. Of course, she looks beautiful, but when you're at the pool, are you really standing with a perfect pose the entire time? I don't think so. Hopefully, this is obvious to you too, but these ideas of unachievable beauty do get consequently planted in our heads.

# The Perfect Tan

How many of you have left the house looking like a blotchy giraffe because we needed the perfect tan by a Saturday? That's the result of using self-tanners and cooking in the sun, just to look like you've been beaching. However, all you ever really needed was to adjust your saturation.

Instagram via @rianne.meijer

By playing with the contrast and brightness a little bit, you can look as though you've been on a nice, long summer vacation. Stay woke friends, nobody looks sun-kissed in the middle of winter, unless it's paid for. In that case, the rest of their self-tan is probably on their sweater by now.

## With a Side of Sass

Rianne is far from the perfect blogger that she appears to be on her Instagram handle. She too has rolls when she sits, double chins that come out on Facetime, and even bad hair days. She also has cheat-days where she enjoys the fast food that she's been missing out on while dieting.

Instagram via @rianne.meijer

Keeping to a balanced diet is essential, and being healthy is above everything, but don't let that lead you to believe that models never

indulge the occasional pizza night or freshly baked cookies. You don't
need to deprive yourself of everything in order to look "good," it's all about
balance, get yourself a girl that can do both!

## In My Calvins

It's pretty rare to scroll through Instagram and not come across someone
looking totally perfect while they lounge about in their Calvin Klein
underwear. It's usually enough to make you want to head to the store and
buy your own. However, once we try on the overpriced item, we still don't
seem to look like Kendall Jenner.

Rest assured, no one looks like the Calvin Klein models we see. Even the Calvin Klein models themselves. The perfect picture comes after hours of posing impeccably, tucking the tummy in the closet, and a whole lot of photoshop. Don't be fooled girls, as you can see, it's all about the angle.

## Vitamin Sea

Rianne sure made us laugh with this one. The picture on the left is not of herself, but rather of a model she was trying to copy. As you can see, the result she got was far from her expectation, and this just goes to show that even social media experts fall victim to the picture-perfect trick.

Instagram via @rianne.meijer

We've all seen some magical vacations being dangled in our faces when we scroll through social media. However, what you're seeing is just a fraction of what is really going on and more often than not, these filters are just selling you dreams. Even for a model as beautiful as Rianne, it's pretty hard to look good when covered in mud.

## Beauty Mode

After what probably took 100 tries, the image on the left looks like Rianne and her pooch are posing for a commercial for eyewear. Without even realizing, her followers are looking at the leather seats in the background, the expensive drip, and the 'effortless' beauty.

Instagram via @rianne.meijer

As you can see, the image on the right shows off a much more natural moment and suddenly, Rianne is a lot more relatable. While she may look flawless in the final picture, we're glad she let us see the other side of the coin. Just to remind her followers that nothing on Instagram is the full truth.

## Feeling Cute

If you're cool enough to drive a car without a roof, it never really happened unless you take a picture of it, right? Well, we're gonna let you in on a little secret. Most of the time, the car doesn't even belong to that person, or they're not done paying it off, or best off all, it actually belongs to daddy.

Instagram via @rianne.meijer

Instagram only offers us a tiny piece of the picture. We have no idea what goes on behind closed doors, we don't know the kind of battles people are facing and most of the time, the things we compare ourselves to, don't even exist. You have to admit it, Rianne looks a whole lot more lovable when she's genuinely laughing.

## From Paris with Love

There's nothing worse than getting vacation-inspo from social media. Especially the little trips to Paris, where travel bloggers usually post pictures of their gorgeous hotel rooms right by the Eiffel Tower. This could all be yours, if you're willing to pay a small fortune just for one night.

Instagram via @rianne.meijer

Vacations always come with little bumps in the road, it's pretty hard to go to a foreign country without running into some sort of hiccup. However, you would never publicize that part of the trip, would you? Well, bloggers have the same mindset and they're just very good when it comes to faking it.

## It's All About the Angles

There's nothing worse than going to the beach and falling victim to that little voice in our heads that tells us 'everyone is staring at me,' or 'I shouldn't be wearing a two-piece.' How could you think differently when all you see are tiny photo shopped models in adverts, looking perfect in a bikini.

Instagram via @rianne.meijer

As you can see, it's all about the angle and nobody looks as good as models do in a commercial. Moreover, we're gonna let you in on a little secret. No one is even looking at your bathing suit, most of the time they're too busy worrying about the same thing as you. So, quit wasting time and soak up that vitamin D!

## Time Out

Since this experiment, Rianne has made an effort to post as many natural pictures as she can on social media. At this point, she understands the value of the message she's been trying to send. Her followers have appreciated the honesty and, of course, the wake-up call.

Instagram via @rianne.meijer

Well, it's been made pretty clear to us that the pictures we see on social media are never as genuine as we think. What a waste of time it is to spend our lives wanting to be someone else. This is the only body we have, folks, so we might as well get comfortable in our own skin.



Sign up to join
our community of

# 20,000,000

**monthly readers**

Email

Submit

News          Entertainment          Celebs          Funny

Stories                    Beauty                  Lifestyle

Terms & Conditions      Privacy Policy      DMCA      About Us

**comedy.com**

© 2021 Comedy Technologies, Inc. All rights reserved.























comedycom.imgix.net/prod/2019/09/23/12/5e468a3f95e24e048d637c91ae4b825b/Eric-Pickersgill-Removed-Cara_After_T...









