Cynthia S. Arato (State Bar No. 156856)
carato@shapiroarato.com
SHAPIRO ARATO BACH LLP
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 257-4880
Facsimile: (212) 202-6417

Attorneys for Defendant
COMEDY TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

|  |  |
|---|---|
| ERIC ALLEN PICKERSGILL, <br><br> *Plaintiff,* <br><br> v. <br><br> COMEDY TECHNOLOGIES, INC., <br><br> *Defendant.* | Case No.  2:22-cv-8171-GW-RAO <br><br> **DEFENDANT'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Comedy Technologies, Inc. hereby submits this corporate disclosure statement and states as follows:

Defendant Comedy Technologies, Inc. is a wholly-owned indirect subsidiary of Warner Music Group Corp., which is a publicly traded company with more than ten percent of its stock owned by AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies.

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Defendant Comedy Technologies, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case:

1.      Plaintiff Eric Allen Pickersgill

2.      Defendant Comedy Technologies, Inc.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:          December 5, 2022          SHAPIRO ARATO BACH LLP

By: /s/ Cynthia S. Arato

*Attorneys for Defendant COMEDY TECHNOLOGIES, INC.*